

FILED
GREAT FALLS DIV

2009 JUL 30 PM 3 26

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ENID L. YEAGER, | |
| Plaintiff, | No. CV 09-49-GF-SEH |
| vs. | **ORDER** |
| CUSA ES, LLC, et al., | |
| Respondents. | |

On June 24, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 7.

-1-

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Petitioner's amended complaint[2] is DISMISSED WITH PREJUDICE for failing to state a claim and lack of jurisdiction.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as no claim has been stated or jurisdiction established.

DATED this 30th day of July, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge

---

[2] Docket No. 6.